UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AUSTIN BENNETT,

Plaintiff,

v.

SNOHOMISH COUNTY and HEIDI PERCY,

Defendants.

CASE NO. **2:26-cv-02754-JNW**

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS, DKT. 1**

The Court **GRANTS** the application to proceed in forma pauperis (Dkt. 1) and recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before summons is issued.

The Clerk shall provide a copy of this Order to Plaintiff and to the assigned District Court Judge.

DATED this 5th day of August, 2026.

BRIAN A. TSUCHIDA
United States Magistrate Judge